# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MARY DILLING                                           NO.   2019 CW 0134

VERSUS

RICHARD LIPSEY                                         OCT 2 4 2019

---

In Re:    Richard Lipsey and AIG Property Casualty Company,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 659,795.

---

**BEFORE:   CRAIN, THERIOT, AND HOLDRIDGE, JJ.**

**WRIT DISMISSED.** This writ application is dismissed
pursuant to the joint motion to dismiss writ application filed
by the parties advising that an amicable resolution has been
reached and requesting that this writ application be dismissed.

**WJC**
**MRT**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT